■ In the Matter of SANFORD P. COHEN, Appellant, v ALBERT L. HECHT et al., Constituting the Board of Elections in the City of Poughkeepsie, et al., Respondents.—In a proceeding *inter alia* to invalidate petitions designating

respondent Fiore as a candidate in the Conservative Party primary election to be held on September 9, 1975 for nomination for the public office of Mayor of the City of Poughkeepsie, the appeal is from a judgment of the Supreme Court, Dutchess County, dated August 12, 1975, which dismissed the proceeding. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.